Argued May 6, decided May 21, 1912.

MILLER *v.* HENRY.

[124 Pac. 199.]

From Union: JOHN W. KNOWLES, Judge.

This is a suit by injunction brought by George Miller against J. C. Henry, county judge, J. M. Selders and C. A. Galloway, county commissioners, Ed. Wright, county clerk, John Frawley, county treasurer, and F. P. Childers, sheriff. From a judgment sustaining a demurrer to the complaint and dismissing the suit, plaintiff appeals.                    AFFIRMED.

For appellant there was a brief and an oral argument by *Mr. John S. Hodgin.*

For respondents there was a brief over the names of *Mr. Turner Oliver, Mr. Francis S. Ivanhoe,* District Attorney, *Mr. Thomas H. Crawford,* and *Mr. Robert Eakin,* with an oral argument by *Mr. Oliver, Mr. Ivanhoe* and *Mr. Crawford.*

MR. JUSTICE MCBRIDE delivered the opinion of the court.

This is a suit involving the same parties and the same state of facts as the previous case of *Miller* v. *Henry,* 62 Or. 4 (124 Pac. 197), except that here the former sheriff is made a defendant, and it appears that he has actually paid over the money lost by him, which the county is directed to refund. It involves no question not decided in the case involving the treasurer, and upon the authority of that case the decision is affirmed.

AFFIRMED.